JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nene Lanval,<br><br>     Plaintiffs,<br><br>  v.<br><br>Meridian Financial Services, Inc.;<br>and DOES 1-10, inclusive,<br><br>     Defendant. | CASE NO. 10-cv-04554-R (RCx)<br><br>**ORDER GRANTING<br>STIPULATION RE DISMISSAL OF<br>ENTIRE ACTION AND ALL<br>PARTIES, WITH PREJUDICE** |

  The Court has reviewed the Stipulation of Plaintiff NENE LANVAL and

Defendant MERIDIAN FINANCIAL SERVICES, INC. to dismiss with prejudice

the above-entitled action, in its entirety.  Pursuant to the Stipulation between the

parties, the Court orders as follows:

/ / /

/ / /

/ / /

**1**

1    That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant

2  to FRCP 41(a)(1).  Each party shall bear their own costs and expenses.

3

4

5                              **IT IS SO ORDERED:**

6

7  DATED: 10/05/10          _____

8                           UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

06423.00/167789

[PROPOSED] ORDER RE STIPULATION RE DISMISSAL

CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045